IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DERRICK CARTER.,<br><br>  Defendant. | CRIMINAL ACTION<br>NO. 18-561 |

# ORDER

**AND NOW**, this 22nd day of June 2020, upon consideration of Defendant's Emergency Motion for Pretrial Release (Doc. No. 107), the Government's Response in Opposition (Doc. No. 108), the arguments and evidence presented by counsel for the parties at the video hearing held on May 6, 2020 (Doc. No. 120), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion (Doc. No. 107) is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.