IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DERRICK CARTER,<br><br>          Defendant. | CRIMINAL ACTION<br>NO. 18-561-1 |

## ORDER

**AND NOW**, this 29th day of June 2021, upon consideration of Defendant's Motion for Release Pending Imposition of Sentence (Doc. No. 146), the Government's Response in Opposition (Doc. No. 150), and in accordance with the Opinion of the Court issued this date, it is **ORDERED** that Defendant's Motion for Release Pending Imposition of Sentence (Doc. No. 146) is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.